| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____ Chapter 15 |

☐ Check if this an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding                    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**1. Debtor's name**  Natalia Mikhailovna Pirogova

**2. Debtor's unique identifier**
 **For non-individual debtors:**
 ☐ Federal Employer Identification Number ____
 ☐ Other ____. Describe identifier
 **For individual debtors**
 ☐ Social Security Number: ____
 ☐ Individual Taxpayer Identification Number (ITIN): ____
 ☒ Other XXX-XXX-320 15. Describe identifier Individual Insurance Account Number used by Pension Fund of the Russian Federation.

**3. Name of foreign representative(s)**  Yuri Vladimirovich Rozhkov

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**  Proceeding in Moscow Arbitration Court, Russia (Federal Law № 127-FZ "On Insolvency (Bankruptcy)")

**5. Nature of the foreign proceeding**
 *Check one:*
 ☐ Foreign main proceeding
 ☐ Foreign nonmain proceeding
 ☒ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**
 ☒ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.
 ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.
 ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
 _____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**
 ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending).
 ☒ Yes

| | | | |
|---|---|---|---|
| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: | |
| | | (i)  all persons or bodies authorized to administer foreign proceedings of the debtor, | |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and | |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. | |

| | | | |
|---|---|---|---|
| 9. | **Addresses** | **Country where the debtor has the center of its main interests:** | **Debtor's registered office:** |
| | | Russian Federation | _____ |
| | | | P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code |
| | | | _____ |
| | | | Country |
| | | **Individual debtor's habitual residence:** | **Address of foreign representative(s):** |
| | | Moscow, 119048, st. 3rd Frunzenskaya, 19, Apt. 17th | P.O. Box 194, Moscow, 109147 |
| | | P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code | P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code |
| | | Russian Federation | Russian Federation |
| | | Country | Country |

| | | |
|---|---|---|
| 10. | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| 11. | **Type of debtor** | *Check one:* |
| | | ☐ Non-individual (*check one*): |
| | | ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1. |
| | | ☐ Partnership |
| | | ☐ Other. Specify: _____ |
| | | ☒ Individual |

**12. Why is the venue proper in *this* district?**

Check one:

☒ Debtor's principal place of business or principal assets in the United States are in this district.

☒ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district.

*FGP 1, LLC, et al., v. Luiza Dubrovsky, et al.*, Index No. 650479/2016, pending in the Supreme Court of the State of New York. A motion is currently pending to add Ms. Pirogova to this action.

*Ilona Itskov v. Natalia Pirogova*, Index No. LT-081720-17/NY, pending in New York County Civil Court

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with the chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X _[signature]_____    Yuri Vladimirovich Rozhkov
Signature of foreign representative         Printed name

Executed on  03-25-2018
             MM / DD / YYYY

X _____    _____
Signature of foreign representative         Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

X /s/ Evan J. Zucker                         Date  03/30/2018
Signature of Attorney for foreign representative          MM / DD / YYYY

Evan J. Zucker
Printed name

**Blank Rome LLP**
Firm name

**The Chrysler Building**
**405 Lexington Avenue**
**New York, NY**
Number, Street, City, State & ZIP Code

(212) 885-5000                     EZucker@BlankRome.com
Contact phone                      Email address

EZ1910   New York
Bar number and State

---

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3