**BLANK ROME LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Rick Antonoff
Evan J. Zucker

*Attorneys for Yuri Vladimirovich Rozhkov*
*in his Capacity as Trustee and Foreign*
*Representative for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:

     **NATALIA PIROGOVA,**           Chapter 15

               Case No. 18-_____ (  )

      Debtor in a Foreign Proceeding.

------------------------------------------------------------x

### DECLARATION OF YURI VLADIMIROVICH ROZHKOV
### IN SUPPORT OF VERIFIED PETITION

    I, Yuri Vladimirovich Rozhkov, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

    1.    I am the trustee and foreign representative in connection with the insolvency case of Natalia Pirogova pending in the in Moscow Arbitration Court, Russia, under Federal Law No 127-FZ "On Insolvency (Bankruptcy)". I have the full authority to verify this petition.

    2.    I have read the foregoing petition, and I am informed and believe that the factual allegations contained therein are true and accurate.

    3.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 28 day of March, 2018 in Moscow, Russia.

                                       Yuri Vladimirovich Rozhkov