**BLANK ROME LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Rick Antonoff
Evan J. Zucker

*Attorneys for Yuri Vladimirovich Rozhkov*
*in his Capacity as Trustee and Foreign*
*Representative for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:

      **NATALIA PIROGOVA**,

      Debtor in a Foreign Proceeding.
-----------------------------------------------------------------x

Chapter 15

Case No. 18-10870 (SCC)

## NOTICE OF HEARING TIME CHANGE

**PLEASE TAKE NOTICE** that, at the direction of the Court, the time for the hearing scheduled for June 20, 2018 has been changed from 10:00 a.m. to **2:00 p.m.**, for all matters scheduled to be heard in the above-captioned case.

Dated: New York, New York
       June 5, 2018                    **BLANK ROME LLP**

                                      By:   /s/ Evan J. Zucker
                                              Rick Antonoff
                                              Evan J. Zucker
                                              The Chrysler Building
                                              405 Lexington Avenue
                                              New York, NY 10174
                                              (212) 885-5000

                                              *Attorneys for Yuri Vladimirovich Rozhkov*
                                              *in his Capacity as Trustee and Foreign*
                                              *Representative for the Debtor*